# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DOES, J.D. and B.D., individually and**                                **PLAINTIFF**
**as parents and next friends of D.D.**

**v.**                  **CASE NO. 4:20-CV-00939-BSM**

**ATKINS SCHOOL DISTRICT**                                               **DEFENDANTS**

## ORDER

Pursuant to the notice of settlement filed by plaintiffs [Doc. No. 52], all deadlines are stayed and the trial date is vacated. The parties are directed to file their motion to dismiss or a status update within fourteen days.

IT IS SO ORDERED this 4th day of May, 2022.

                                                              UNITED STATES DISTRICT JUDGE