# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**J.D. and B.D., individually and as
Parents and Next Friends of D.D.**                                **PLAINTIFFS**

**v.**                    **CASE NO. 4:20-CV-00939-BSM**

**ATKINS SCHOOL DISTRICT**                                              **DEFENDANTS**

## ORDER

The parties have fourteen days to report on the status of their settlement.

IT IS SO ORDERED this 22nd day of June, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE