IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

J.D. and B.D., individually and as
Parents and Next Friends of D.D.                                                        PLAINTIFFS

v.                                  CASE NO. 4:20-CV-00939-BSM

ATKINS SCHOOL DISTRICT                                                                 DEFENDANTS

## ORDER

Pursuant to the parties' joint motion to dismiss [Doc. No. 57], this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE