IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

J.D. and B.D., individually and as
Parents and Next Friends of D.D.                                    PLAINTIFFS

v.                      CASE NO. 4:20-CV-00939-BSM

ATKINS SCHOOL DISTRICT                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE